# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEADING MANUFACTURING SOLUTIONS, LP,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>HITCO, LTD., et al.,<br><br>　　　　　　　　Defendant. | Case No.: 15cv1852-LAB (BGS)<br><br>**ORDER SETTING BRIEFING SCHEDULE ON DEFENDANTS' RULE 52 MOTION;**<br><br>**ORDER GRANTING IN PART EX PARTE MOTION TO STAY EXECUTION OF JUDGMENT; AND**<br><br>**AMENDED ORDER REQUIRING DEFENDANTS TO POST BOND** |

This amended order takes the place of the order the Court issued on October 5, 2018. The Clerk is directed to remove that order (Docket no. 187) from the docket and replace it with this order.

The Court finds Defendants' motion to make additional findings and amend the judgment (Docket no. 185) suitable for decision without argument. By **October 22, 2018**, Plaintiff may file an opposition. No reply brief is to be filed without leave. The hearing on this motion is **VACATED** and the Court will decide the matter on the papers.

1

Defendants' *ex parte* motion is **GRANTED IN PART**. The judgment is stayed pending the Court's resolution of Defendants' motion to make additional findings. But the injunction requiring Theodore Smith to retain the patents (Docket no. 177 at 18:7–9) is not stayed.

Defendants have offered to post a bond for the entire monetary judgment, and Plaintiff has tentatively agreed that this would be sufficient as long as the bond also covers costs and interest. The parties should promptly meet and confer to confirm the amount of the bond and the terms if possible. If they reach an agreement, Defendants should post a bond in the agreed amount promptly, and in any event by October 22.

If the parties do not agree on terms, Defendants must post a bond in the full amount of the judgment and the parties shall file letter briefs proposing terms for the stay, also by October 22. If Defendants do not fulfill their part of this, the Court will lift the stay.

**IT IS SO ORDERED**.

Dated: October 17, 2018

Hon. Larry Alan Burns
United States District Judge